1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10  SUSAN COLBERT,
11          Plaintiff,                    No. CIV S-11-0199 DAD
12      v.
13  MICHAEL J. ASTRUE,
    Commissioner of Social Security,      ORDER TO SHOW CAUSE
14
            Defendant.
15  _____/

16          On January 21, 2011, plaintiff filed a complaint and paid the required filing fee.
17  On January 24, 2011, the Clerk issued a summons and sent it to plaintiff with a Scheduling Order
18  and an Order Re Consent or Request for Reassignment with an appropriate form.  The court's
19  docket for this case reflects that the orders filed on January 24, 2011 were served on plaintiff's
20  counsel electronically at his email address of record.
21          Pursuant to the court's Order Re Consent or Request for Reassignment, plaintiff
22  was required to serve a copy of the order and the accompanying form upon defendant
23  concurrently with service of the court's Scheduling Order.  All parties were required to complete
24  and file a Consent or Request for Reassignment form within 90 days from the filing date of the
25  court's order.  Although the ninety-day period for filing the required form expired on April 24,
26  2011, the docket reflects that neither party has filed the required form.

                                           1

Pursuant to the court's Scheduling Order, plaintiff was required to complete service of process within 20 days from the filing of the complaint, and defendant was required to respond to the complaint within 90 days after service of process. The docket reflects that defendant has not filed a notice of appearance, has not filed a response to plaintiff's complaint, and has not lodged a copy of the administrative record.

IT IS HEREBY ORDERED that:

1. Plaintiff shall show good cause in writing, within fourteen days after this order is filed, for the failure to file plaintiff's "Consent to Assignment or Request for Reassignment" form in a timely manner. Prompt filing of an executed form will be deemed compliance with this requirement as to plaintiff;

2. Plaintiff shall file a status report, within fourteen days after this order is filed, setting forth all steps taken to serve defendant and stating the date on which each step was taken. If plaintiff has been in contact with defendant, plaintiff shall describe all contacts. If the delay has been caused by plaintiff's failure to comply with this court's January 24, 2011 orders, plaintiff shall explain the reasons for such failure, take immediate action to remedy the failure, and describe the action taken; and

3. Failure to show good cause in a timely manner may result in the dismissal of this case for lack of prosecution.

DATED: May 18, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.soc sec\colbert0199.osc.svc.forms