IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN COLBERT,

          Plaintiff,                 No. CIV S-11-0199 DAD

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,     ORDER

          Defendant.

_____/

       On May 18, 2011, plaintiff was ordered to show good cause in writing for the failure to comply with the court's scheduling order regarding service of process, service of other documents, and the filing of a required form. Plaintiff has filed a timely response to the order to show cause. Good cause appearing, IT IS ORDERED that the court's order to show cause filed May 18, 2011 (Doc. No. 6) is discharged.

DATED: June 10, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.soc sec\colbert0199.osc.dschg