BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SUSAN COLBERT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CIVIL NO.: 2:11-CV-00199-DAD <br><br><br><br><br> STIPULATION AND ORDER FOR AN <br> EXTENSION OF TIME FOR DEFENDANT <br> TO FILE HIS ANSWER |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his Answer be extended from September 1, 2011, to September 15, 2011.  This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint.  This extension is needed so that Defendant may consult with the Appeals Council regarding a page in the administrative transcript which appears to belong to another claimant, and which is unrelated to the merits of this case.

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court and to Plaintiff's Counsel for any inconvenience caused by this delay.

                                  Respectfully submitted,

Dated: September 1, 2011        /s/ *Jesse S. Kaplan*
                                  (As authorized by phone on 9/1/11)
                                  JESSE S. KAPLAN
                                  Attorney for Plaintiff

Dated: September 1, 2011        BENJAMIN B. WAGNER
                                  United States Attorney
                                  DONNA L. CALVERT
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                        By     /s/ *Lynn M. Harada*
                                  LYNN M. HARADA
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

## **ORDER**

The parties' stipulation (Doc. No. 14) is approved. Defendant's time to respond to plaintiff's complaint is extended to September 15, 2011, and the scheduling order is so modified.

IT IS SO ORDERED.

DATED: September 2, 2011.

                                  *Dale A. Drozd*
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\colbert0199.stipord.eot.ans