BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8977
Facsimile: (415) 744-0134
E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SUSAN COLBERT,<br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO.: 2:11-CV-00199-DAD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE HIS RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his response to Plaintiff's Motion for Summary Judgment be extended from December 15, 2011, to January 20, 2012. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment. Defense Counsel needs additional time to further review the file and prepare a response in this matter

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court and to Plaintiff's Counsel for any inconvenience caused by this delay.

Respectfully submitted,

Dated: December 14, 2011

/s/ *Jesse S. Kaplan*
(As authorized by email on 12/14/11 at 10:26 a.m.)
JESSE S. KAPLAN
Attorney for Plaintiff

Dated: December 14, 2011

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Lynn M. Harada*
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

**DATED: December 14, 2011.**

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\colbert0199.stipord.eot.msj.wpd