BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SUSAN COLBERT, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) <br> _____ ) | CIVIL NO.: 2:11-CV-00199-DAD <br><br><br><br><br> STIPULATION AND ORDER FOR <br> AN EXTENSION OF TIME FOR DEFENDANT <br> TO FILE HIS RESPONSE TO PLAINTIFF'S <br> MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his response to Plaintiff's Motion for Summary Judgment be extended from December 15, 2011, to January 20, 2012. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment. Defense Counsel needs additional time to further review the file and prepare a response in this matter

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court and to Plaintiff's Counsel for any inconvenience caused by this delay.

          Respectfully submitted,

Dated: December 14, 2011      /s/ *Jesse S. Kaplan*
          (As authorized by email on 12/14/11 at 10:26 a.m.)
          JESSE S. KAPLAN
          Attorney for Plaintiff

Dated: December 14, 2011      BENJAMIN B. WAGNER
          United States Attorney
          DONNA L. CALVERT
          Acting Regional Chief Counsel, Region IX
          Social Security Administration

          By   /s/ *Lynn M. Harada*
          LYNN M. HARADA
          Special Assistant U.S. Attorney

          Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

**DATED: December 14, 2011.**

          _____
          DALE A. DROZD
          UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\colbert0199.stipord.eot.msj.wpd