BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SUSAN COLBERT,          ) <br>     Plaintiff,             ) <br>                        ) <br>     v.                     ) <br>                        ) <br> MICHAEL J. ASTRUE,    ) <br> Commissioner of         ) <br> Social Security,           ) <br>                        ) <br>     Defendant.         ) <br> _____) | CIVIL NO.: 2:11-CV-00199-DAD <br><br> STIPULATION AND ORDER FOR <br> AN EXTENSION OF TIME FOR DEFENDANT <br> TO FILE HIS RESPONSE TO PLAINTIFF'S <br> MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his response to Plaintiff's Motion for Summary Judgment be extended from January 20, 2012, to February 24, 2012.  This is Defendant's second request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.  Defense Counsel needs additional time to further review the file and prepare a response in this matter due to a heavy workload.

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court and to Plaintiff's Counsel for any inconvenience caused by this delay.

                                 Respectfully submitted,

Dated: January 18, 2012        /s/ *Jesse S. Kaplan*
                              (As authorized by email on 1/17/12)
                              JESSE S. KAPLAN
                              Attorney for Plaintiff

Dated: January 18, 2012        BENJAMIN B. WAGNER
                              United States Attorney
                              DONNA L. CALVERT
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                    By    /s/ *Lynn M. Harada*
                              LYNN M. HARADA
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

                            <u>ORDER</u>

APPROVED AND SO ORDERED:

**DATED: January 19, 2012.**

                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\colbert0199.stipord.eot.msj2.wpd