1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
          160 Spear Street, Suite 800
6         San Francisco, California  94105
          Telephone:  (415) 977-8977
7         Facsimile:  (415) 744-0134
          E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12

13 SUSAN COLBERT,                    )   NO.: 2:11-cv-00199-DAD
                                     )
14      Plaintiff,                   )   STIPULATION AND ORDER TO EXTEND
                                     )   TIME
15          v.                       )
                                     )
16                                   )
   MICHAEL J. ASTRUE,                )
17 Commissioner of                   )
   Social Security,                  )
18                                   )
                                     )
19      Defendant.                   )
   _____ )
20

21         IT IS HEREBY STIPULATED, by and between the parties, through their respective

22 counsel of record, that Defendant shall have a first extension of time to respond to Plaintiff's Motion for

23 Award of Attorney Fees Pursuant to the Equal Access to Justice Act.  Defense Counsel needs the

24 additional time to further review the case and prepare a response in this matter.  The current due date is

25
   November 27, 2012.  The new due date will be December 27, 2012.
26

27 /////

28 /////

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: November 26, 2012          /s/ *Jesse S. Kaplan*
                                  (As authorized via e-mail on 11/21/12)
                                   JESSE S. KAPLAN
                                  Attorney for Plaintiff


Dated:  November 26, 2012         BENJAMIN B. WAGNER
                                  United States Attorney
                                  DONNA L. CALVERT
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                            By:   */s/ Lynn M. Harada*
                                  LYNN M. HARADA
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

DATED: November 26, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\colbert0199.stipord.eot.fees.wpd