BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN COLBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:11-cv-00199-DAD<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel, that the Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act previously filed by Plaintiff's counsel is hereby withdrawn.

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND, FIVE-HUNDRED FIFTY DOLLARS AND ZERO CENTS ($3,550.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    If Plaintiff's counsel submits an assignment of EAJA fees and expenses from Plaintiff, the government will consider the assignment pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (U.S. June 14,

2010), and the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.[1]

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment made shall be delivered to Plaintiff's counsel.

    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: December 21, 2012    By:  /s/ *Jesse S. Kaplan*
    (As authorized via email on 12/20/12)
    JESSE S. KAPLAN
    Attorney for Plaintiff

Dated: December 21, 2012    BENJAMIN B. WAGNER
    United States Attorney
    DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
    Social Security Administration

    By:  /s/ *Lynn M. Harada*
    LYNN M. HARADA
    Special Assistant United States Attorney

    Attorneys for Defendant

/////
/////
/////
/////
/////
/////
/////

---

[1] Plaintiff's counsel has indicated to Defendant's counsel that he is in the process of obtaining an assignment of EAJA fees from Plaintiff.

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of THREE THOUSAND, FIVE-HUNDRED FIFTY DOLLARS AND ZERO CENTS ($3,550.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: December 21, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
colbert0199.stip.eaja.fees.wpd